IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEREMY SIMPSON,<br><br>        Plaintiff,<br><br>vs.<br><br>NEI GLOBAL RELOCATION COMPANY, and N.P. DODGE COMPANY,<br><br>        Defendants. | **8:22CV296**<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Joint Stipulation for Dismissal with Prejudice. Filing No. 47. The Court, being fully advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED that case be dismissed with prejudice with each party to bear their own costs and attorneys' fees.

Dated this 15th day of May, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge